IUNITED STATES DISTRICT COURT<br>
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| SHANNON TRAHAN, and DR. JOHN GONZALES, individually and on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| VS. | ) NO.: 1:10-cv-00198-WS-B<br>) |
| BP, plc, BP PRODUCTS NORTH AMERICA, INC., BP AMERICA, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., HALLIBURTON ENERGY SERVICES, INC. AND CAMERON INTERNATIONAL CORPORATION f/k/a COOPER CAMERON CORPORATION, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), BP America Inc. and BP Products North America Inc. (collectively "BP Defendants") hereby move the Court to dismiss the Complaint and each and every count and claim therein alleged against the BP Defendants. As grounds for this motion, the BP Defendants state:

1.   The Oil Pollution Act of 1990 (OPA), 33 U.S.C. §2701, *et. seq*. displaces Plaintiffs' negligence, wantonness, nuisance, and strict liability claims.

2.   Absent from Plaintiffs' Complaint is any allegation that they have submitted their claims to BP through the OPA-mandated claims process that BP is carrying out, which is a mandatory condition precedent under the OPA to filing a

lawsuit against BP for recovery of damages related to the oil spill.  33 U.S.C. § 2713(a), (c).

3. Even if OPA had not displaced Plaintiffs' claims, they would still be barred by the economic loss rule of *Robins Dry Dock & Repair Co. v. Flint*, 275 U.S. 303, 309 (1927), or Louisiana state law principles, *see PPG Indus., Inc. v. Bean Dredging*, 447 So. 2d 1058, 1062 (La. 1984), made part of the federal law governing the Outer Continental Shelf.

4. In accordance with Local Rule 7.1, the BP Defendants submit a separate Memorandum of Law in support of this motion, which is adopted and incorporated by reference as part of this motion.

**WHEREFORE**, the BP Defendants respectfully request that the Court enter an order dismissing Plaintiffs' complaint and each and every count and claim therein alleged against the BP Defendants.

        s/ *William H. Brooks*
        John M. Johnson (JOHNJ7318)
        Adam K. Peck (PECKA0851)
        William H. Brooks (BROOW3330)
        Marchello D. Gray  (GRAYM6384)
        **LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
        400 North 20th Street
        Birmingham, Alabama  35203
        Telephone:  (205) 581-0700
        Facsimile:   (205) 581-0799
        JJohnson@lightfootlaw.com
        APeck@lightfootlaw.com
        Wbrooks@lightfootlaw.com
        MGray@lightfootlaw.com

					Attorneys for Defendants
					BP America Inc. and BP Products North
					America Inc.

OF COUNSEL:

Richard C. Godfrey, P.C.
John T. Hickey, Jr., P.C.
J. Andrew Langan, P.C.
**KIRKLAND & ELLIS, LLP**
300 North Lasalle Street
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
RGodfrey@kirkland.com
JHickey@kirkland.com
ALangan@kirkland.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Christ N. Coumanis, Esq.
David P. York, Esq.
**COUMANIS & YORK, P.C.**
P. O. Box 2627
Daphne, AL 36526

John N. Leach, Esq.
Joseph P. H. Babington, Esq.
Russell C. Buffkin. Esq.
**HELMSING, LEACH, HERLONG, NEWMAN & ROUSE, P.C.**
Post Office Box 2767
Mobile AL 36652

Donald E. Godwin, Esq.
Bruce W. Bowman, Jr., Esq.
Jenny L. Martinez, Esq.
Floyd R. Hartley, Jr., Esq.
Gavin E. Hill, Esq.
**GODWIN RONQUILLO, P.C.**
1201 Elm Street, Suite 1700
Dallas, TX 75270
Robert Alan York, Esq.
**GODWIN RONQUILLO, P.C.**
1331 Lamar, Suite 1665
4 Houston Center
Houston, TX 77010

A. Danner Frazer , Jr., Esq.
Robert J. Mullican, Esq.
**FRAZER, GREENE, UPCHURCH & BAKER, LLC**
P. O. Box 1686
Mobile, AL 36633

David J. Beck, Esq.
**BECK, REDDEN & SECREST, LLP**
One Houston Center
1221 McKinney St., Ste 4500
Houston, TX 77010

Blane H. Crutchfield, Esq.
Douglas L. McCoy, Esq.
**HAND ARENDALL, L.L.C.**
P. O. Box 123
Mobile, AL 36601

            s/ *William H. Brooks*
            Of Counsel